

NUMBER 13-01-00844-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SULZER ORTHOPEDICS INC.,                                          Appellant,

v.

HELEN I. RUPP AND BERNARD RUPP,
NAOMI B. BONORDEN, LILLIAN SALLINGER
AND CARL SALLINGER,                              Appellees.

On Appeal from the County Court at Law No. 4
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to vacate the trial court's judgment and render judgment of dismissal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties

request this Court to vacate the trial court's judgment and render judgment dismissing all claims with prejudice and tax any costs against the party that incurred it.

The joint motion to vacate and render judgment dismissing all claims with prejudice is GRANTED. Accordingly, we vacate the trial court's judgment and DISMISS the case. *See* TEX. R. APP. P. 42.1(a)(2)(A). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). The parties' request to expedite the mandate is GRANTED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 7th day of May, 2009.